DYLAN J. LIDDIARD (State Bar No. 203055)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dliddiard@wsgr.com
*Attorneys for Plaintiff*

CALVIN E. DAVIS (State Bar No. 101640)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| G.P.P., Inc., d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.,<br><br>Defendants. | CASE NO. 1:15-cv-00321 SKO<br><br>**JOINT STIPULATION RE: EXTENDING EXPERT WITNESS DISCOVERY DEADLINE FOR THE TAKING OF AGREED UPON EXPERT WITNESS DEPOSITIONS; AND ORDER** |

Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("Plaintiff" or "GIS") and Defendant Guardian Protection Products, Inc. ("Defendant" or "Guardian") (collectively referred to as "the parties") submit the following Joint Stipulation re: Extending the Expert Witness Discovery Deadline for the Taking of Agreed Upon Expert Witness Depositions. The parties have been diligently working to complete expert witness discovery within the August 15, 2016 deadline set by the court in its August 25, 2015, Scheduling Order for expert discovery relating to claims pre-existing the Court's July 27, 2016, Order Granting Plaintiff's Motion to Amend. However, due to scheduling conflicts and a dispute regarding the timeliness of an expert report offered by Guardian, the parties will be unable to complete the agreed upon depositions of expert witnesses

prior to the current discovery cut-off date.

      Therefore, the parties have agreed and have stipulated pursuant to Federal Rule of Civil Procedure 29 to extend the time in which to complete these depositions to September 15, 2016. The following depositions are subject to this Stipulation: (1) Peter Wrobel; and (2) Karl Schulze. The parties respectfully request that the Court so-order the stipulation.

      IT IS SO STIPULATED AND AGREED TO BY ALL PARTIES:

Dated:  August 15, 2016           WILSON SONSINI GOODRICH & ROSATI

                                       By:  /s/ Dylan J. Liddiard
                                             Dylan J. Liddiard
                                             Attorneys for Plaintiff,
                                             GPP, INC. d/b/a GUARDIAN
                                             INNOVATIVE SOLUTIONS

Dated:  August 15, 2016           GORDON & REES LLP

                                       By:  /s/ Calvin E. Davis as authorized on 8/12/16
                                             Calvin E. Davis
                                             Gary A. Collis
                                             Margaret M. Drugan
                                             Attorneys for Defendants,
                                             GUARDIAN PROTECTION PRODUCTS,
                                             INC. and RPM WOOD FINISHES
                                             GROUP, INC.

## ORDER

      Pursuant to the parties' stipulation and good cause shown, the expert discovery deadline is extended to September 15, 2016, for the depositions of (1) Peter Wrobel; and (2) Karl Schulze.

IT IS SO ORDERED.

Dated:   **August 17, 2016**                     /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE