Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| G.P.P., Inc., d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>                           Plaintiff,<br><br>      vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC.<br><br>                         Defendant. | CASE NO. 1:15-cv-00321 SKO<br><br>**ORDER TO EXTEND THE DEADLINE OF DEFENDANT GUARDIAN PROTECTION PRODUCTS, INC. TO FILE AN ANSWER TO THE SECOND AMENDED COMPLAINT** |

Based on the "Stipulation of the parties to Extend the Deadline of Defendant Guardian Protection Products, Inc. to File an Answer to the Second Amended Complaint" filed on August 15, 2016 (Doc. 76), it is ORDERED that Defendant Guardian Protection Products, Inc.'s Answer to Plaintiff G.P.P., Inc.'s Second Amended Complaint shall be filed no later than August 23, 2016.

IT IS SO ORDERED.

Dated: __**August 21, 2016**__          _/s/ Sheila K. Oberto_
                              UNITED STATES MAGISTRATE JUDGE

-1-
ORDER