UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC., <br><br> Defendants. | Case No. 1:15-cv-00321-SKO <br><br> **ORDER** |

Upon consideration of Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions' ("GIS") Unopposed Motion to Exceed Page Limits (Doc. 89), and for good cause shown, GIS's motion is hereby GRANTED.  GIS's Memorandum of Law in support of its Motion for Summary Judgment, and Guardian's Opposition Memorandum, shall not exceed 40 pages.  GIS's Reply Memorandum shall not exceed 15 pages.

IT IS SO ORDERED.

Dated:   **November 2, 2016**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE