# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>    Plaintiff,<br><br>  v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., RPM WOOD FINISHES GROUP, INC.,<br><br>    Defendants.<br>_____/<br><br>GUARDIAN PROTECTION PRODUCTS, INC.,<br><br>    Counterclaimant,<br><br>  v.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>    Counter-defendant.<br>_____/ | Case No. 1:15-cv-00321-SKO<br><br>**ORDER STRIKING A PORTION OF PLAINTIFF'S BRIEF IN RESPONSE TO THE COURT'S ORDER**<br><br>**(Doc. 191)** |

On May 1, 2017, the Court entered an order directing the parties to "file a brief no longer than two pages in length, in which the parties state the *precise* location in the docket of this case of each purported "Addend[a]" that the Court should consider for purposes of addressing Defendants' Motion for Summary Judgment" (the "Order"). (Doc. 189.) Plaintiff filed its response to the Order on May 3, 2017 ("Plaintiff's Brief"). (Doc. 191.) The first two paragraphs of Plaintiff's Brief are responsive to the Court's Order. (*See id.* at 2.) The remainder of Plaintiff's Brief is not responsive to the Order and, instead, includes additional arguments following the completion of the briefing regarding Defendants' Successive Motion for Partial Summary Judgment. (*See id.* at 2–3.) In other words, the remainder of Plaintiff's Brief is a sur-reply. *See, e.g.*, *Thomas v. Wilkinson*, 1:15-cv-00527-LJO-GSA-PC, 2017 WL 262062, at *1 (E.D. Cal. Jan. 18, 2017) ("A surreply, or sur-reply, is an additional reply to a motion filed after the motion has already been fully briefed." (citation omitted)). However, the Court has not granted leave to Plaintiff to file a sur-reply relating to Defendants' Successive Motion for Partial Summary Judgment.

As the infringing portion of Plaintiff's Brief is not responsive to the Court's Order and Plaintiff failed to seek leave to file a sur-reply, the Court STRIKES all but the first two paragraphs of Plaintiff's Brief. (Doc. 191 at 2–3.) The Court shall not consider these infringing portions of Plaintiff's Brief when addressing Defendants' Successive Motion for Partial Summary Judgment. (Doc. 184.)

IT IS SO ORDERED.

Dated: __**May 3, 2017**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE