**FILED**
**JUDGMENT ENTERED**

_____
                **Date**
by _____A. Timken_____
                                Deputy Clerk
            U.S. District Court
     Eastern District of California
__XX____ FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

G.P.P., Inc.

    Plaintiff,

vs.

Guardian Protective Products,
et. al.

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:15-cv-00321 SKO

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF Defendants Guardian Protective Products, Inc. and RPM Wood Finishes Group, Inc. on Plaintiff's First, Second and Eighth causes of action IN ACCORDANCE WITH THE JURY VERDICT RENDERED June 29, 2017.

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF Defendant RPM Wood Finishes Group, Inc. on Plaintiff's Tenth cause of action IN ACCORDANCE WITH THE JURY VERDICT RENDERED June 29, 2017.

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF Plaintiff G.P.P., Inc. on Defendant Guardian Protective Products, Inc.'s First Cause of Action, insofar as it includes a request for declaratory relief

relating to electronic furniture protection plans, as well as Defendant Guardian Protective Products, Inc.'s Second, Third, Fourth and Fifth causes of action IN ACCORDANCE WITH THE JURY VERDICT RENDERED June 29, 2017.

DATED:  6/29/2017

                                      MARIANNE MATHERLY, Clerk

                                      /S/ Alice Timken
                        By:
                                      Deputy Clerk

jgm.civ
2/1/95