**FILED**

**JUDGMENT ENTERED**

_____
**Date**
by _____A. Timken_____
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**
___**XX**___ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

G.P.P., Inc. d/b/a Guardian
Innovative Solutions,

      Plaintiff,

vs.

      **FINAL JUDGMENT IN A CIVIL ACTION**

      1:15-cv-00321 SKO

Guardian Protection Products, Inc.
and RPM Wood Finishes Group, Inc.,

      Defendants.
_____/

Guardian Protection Products, Inc.,

      Counterclaimant,

vs.

G.P.P., Inc. d/b/a Guardian
Innovative Solutions,

      Counter-defendant.

_____/

IT IS HEREBY ORDERED AND ADJUDGED that

IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON JUNE 29, 2017, AND THE COURT'S ORDERS, JUDGMENT IS HEREBY ENTERED IN FAVOR OF Defendants Guardian Protective Products, Inc. ("Guardian") and RPM Wood Finishes Group, Inc. on:

(1) Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solution ("GIS")'s First Cause of Action;

(2) GIS's Section Cause of Action;

(3) GIS's Third Cause of Action, insofar as GIS alleged in this claim that Guardian breached the Bob's Discount Furniture Agreement by selling products to Bob's Discount Furniture in the geographic areas covered by the Florida, Mid-Atlantic, and Cook County Agreements;

(4) GIS's Fifth Cause of Action;

(5) GIS's Seventh Cause of Action, insofar as this claim relates to the parties' Agreements;

(6) GIS's Eighth Cause of Action;

(7) GIS's Ninth Cause of Action;

(8) GIS's Tenth Cause of Action; and

(9) Guardian's First Counterclaim, insofar as Guardian requested declaratory relief regarding "[w]hether the [electronic] furniture protection plans qualify as a Guardian Product within the scope of the rights granted by the" Florida, Mid-Atlantic, and Cook County Agreements.

IN ACCORDANCE WITH THE JURY VERDICT RENDERED ON JUNE 29, 2017, AND THE COURT'S ORDERS, JUDGMENT IS HEREBY ENTERED IN FAVOR OF GIS on Guardian's:

(1) First Counterclaim, insofar as Guardian requested declaratory relief regarding "[w]hether Guardian is entitled to immediately terminate the Distributor Agreements due to GIS's breaches of their express and implied terms";

(2) First Counterclaim, insofar as Guardian requested declaratory relief regarding "[w]hether the [electronic] furniture protection plans qualify as a Guardian Product within the scope of the rights granted by the" Pennsylvania, Alabama, Tennessee, Ohio, Indiana, and Midwest Agreements;

(3) First Counterclaim, insofar as Guardian requested declaratory relief regarding "whether Guardian may establish a purchase quota for the [electronic] furniture protection plans above that applicable to the Original Products";

(4) First Counterclaim, insofar as Guardian requested declaratory relief regarding "[w]hether GIS has used its best efforts to promote the sale of Guardian Products in the exclusive distribution territories established by the Distributor Agreements";

     (5)  Second Counterclaim;
     (6)  Third Counterclaim;
     (7)  Fourth Counterclaim;
     (8)  Fifth Counterclaim; and
     (9)  Sixth Counterclaim.

    The Court ORDERS that the following claims are DISMISSED WITHOUT PREJUDICE for want of prosecution:

     (1)  GIS's Third Cause of Action, insofar as GIS alleged in this claim that Guardian breached the Bob's Discount Furniture Agreement by selling products to Bob's Discount Furniture in the geographic areas covered by the Pennsylvania, Alabama, Tennessee, Ohio, Indiana, and Midwest Agreements;
     (2)  GIS's Fourth Cause of Action;
     (3)  GIS's Sixth Cause of Action; and
     (4)  GIS's Seventh Cause of Action, insofar as this claim relates to the 2015 Form Agreement, as discussed in the Court's January 18, 2017 order (Doc. 133).


DATED:  10/3/2017


                           MARIANNE MATHERLY, Clerk

                      /S/ Alice Timken
             By:
                      Deputy Clerk