# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., RPM WOOD FINISHES GROUP, INC.,<br><br>    Defendants.<br>_____/<br><br>GUARDIAN PROTECTION PRODUCTS, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>    Counter-defendant.<br>_____/ | Case No. 1:15-cv-00321-SKO<br><br>**ORDER FOLLOWING REMAND**<br><br>**(Docs. 344 & 347)** |

Following the United States Court of Appeals for the Ninth Circuit's Mandate (Doc. 347) and Memorandum (Doc. 344) reversing in part the Court's "Order Granting in Part and Denying in Part the Parties' Motions for Summary Judgment" (Doc. 133) and the Court's granting in part and denying in part Defendants' motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) (Doc. 266 at 15–16), and remanding for trial (1) Plaintiff/Counter-defendant G.P.P., Inc. d/b/a Guardian Innovative Solutions' ("GIS") First Cause of Action; (2) Defendant/Counterclaimant Guardian Protection Products, Inc.'s ("Guardian") First Counterclaim, insofar as Guardian requested declaratory relief regarding "[w]hether the [electronic] furniture protection plans qualify as a Guardian Product within the scope of the rights granted by the" Florida, Mid-Atlantic, and Cook County Agreements; and (3) GIS's Third Cause of Action, insofar as GIS alleged that Guardian breached the Bob's Discount Furniture Agreement by selling products to Bob's Discount Furniture in the geographic areas covered by the Florida, Mid-Atlantic, and Cook County Agreements (collectively, the "Remanded Claims"), the Court ORDERS as follows:

1. The Amended Final Judgment in a Civil Action (Doc. 334) is hereby SET ASIDE. *See* Fed. R. Civ. P. 54(b). The prior adjudications of the parties' claims not included within the Remanded Claims shall remain in full force and effect;

2. The STAY (Doc. 341) of the parties' bills of costs (Docs. 312, 313, & 314) and motions for attorney's fees (Docs. 338 & 339) is LIFTED, and the bills of costs and motions for attorney's fees are hereby DENIED WITHOUT PREJUDICE to renewal following trial of the Remanded Claims; and

3. A telephonic conference to discuss setting both the Remanded Claims for trial and a Settlement Conference is hereby **SET for January 9, 2020, at 10:30 A.M. (dial-in number: 1-888-557-8511; passcode: 6208204#).**

IT IS SO ORDERED.

Dated: **December 13, 2019**      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE