CALVIN E. DAVIS (SBN 101640)
cdavis@grsm.com
AARON P. RUDIN (SBN 223004)
arudin@grsm.com
EMERSON H. KIM (SBN 285142)
ekim@grsm.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants,
GUARDIAN PROTECTION PRODUCTS, INC. and
RPM WOOD FINISHES GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P.P., Inc., d/b/a GUARDIAN INNOVATIVE SOLUTIONS<br><br>Plaintiff,<br><br>vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 1:15-cv-00321 SKO<br><br>**STIPULATION AND ORDER REGARDING EXPERT DISCOVERY**<br><br>**(Doc. 403)** |

Pursuant to L.R.143, Defendant Guardian Protection Products, Inc. ("Guardian") and Plaintiff G.P.P., Inc., d/b/a Guardian Innovative Solutions ("GIS") hereby stipulated as follows:

WHEREAS, on May 26, 2020, this Court issued an Order Granting Plaintiff's Motion for Leave to Supplement the Complaint (the "Order").

WHEREAS, the Order, among other things, reopened discovery for the limited purpose of addressing the issues of damages that have occurred since the trial in this case and as a result of the additional alleged breaches, and permitted each side one Rule 30(b)(6) deposition of no more than seven (7) hours, and any limited necessary written discovery related to the depositions.

1
STIPULATION AND ORDER REGARDING EXPERT DISCOVERY

WHEREAS, the Order did not expressly provide for expert discovery or further expert depositions.

WHEREAS, Guardian and GIS believe that there is good cause for the Court to permit additional expert discovery, including further expert depositions in this matter.

WHEREAS, on January 5, 2021, GIS served a Supplemental Expert Witness Disclosure.

WHEREFORE, Guardian and GIS hereby stipulate that:

1. Guardian shall provide its expert report to GIS by no later than February 5, 2021.

2. Guardian and GIS shall produce any documents relied upon in their expert reports by no later than February 5, 2021, to the extent such documents have not already been produced to the other side during discovery and/or during the prior trial in this matter.

3. Guardian and GIS shall submit any rebuttal reports by no later than March 5, 2021, along with any documents relied upon in the rebuttal reports, to the extent such documents have not already been produced.

4. Guardian and GIS shall be entitled to one deposition of each expert disclosed by the other side, not to exceed seven (7) hours, to be completed by no later than April 2, 2021.

**IT IS SO STIPULATED.**

Dated:  January 19, 2021                    GORDON & REES LLP


                                            By: */s/ Calvin E. Davis*
                                                Calvin E. Davis
                                                *Attorneys for Defendants*


Dated:  January 19, 2021                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By: */s/ Dylan J. Liddiard* (as authorized on 1/19/21)
                                                Dylan J. Liddiard
                                                *Attorneys for Plaintiff*

### **ORDER**

Based on the parties' above-stipulation (Doc. 403), and for good cause shown, it is ORDERED that:

1. Guardian shall provide its expert report to GIS by no later than February 5, 2021;

2. Guardian and GIS shall produce any documents relied upon in their expert reports by no later than February 5, 2021, to the extent such documents have not already been produced to the other side during discovery and/or during the prior trial in this matter;

3. Guardian and GIS shall submit any rebuttal reports by no later than March 5, 2021, along with any documents relied upon in the rebuttal reports, to the extent such documents have not already been produced; and

4. Guardian and GIS shall be entitled to one deposition of each expert disclosed by the other side, not to exceed seven (7) hours, to be completed by no later than April 2, 2021.

IT IS SO ORDERED.

Dated: **January 20, 2021**         /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**