7DYLAN J. LIDDIARD (SBN 203055)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dliddiard@wsgr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>  Plaintiff,<br><br>  v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., and RPM WOOD FINISHES GROUP, INC.,<br><br>  Defendants. | Case No. 1:15-cv-00321-SKO<br><br>**STIPULATION AND ORDER REGARDING BILL OF COSTS AND FEE MOTIONS**<br><br>**(Doc. 529)**<br><br>Courtroom: 7 (Sixth Floor)<br>Judge: Hon. Sheila K. Oberto |

1  WHEREAS, the Court entered judgment following the second trial in this matter on December 13, 2021 (Dkt. 499);

2  WHEREAS, on February 4, 2022, pursuant to a stipulated request by the parties, the Court ordered, in relevant part, that "if a notice of appeal is filed by either party after resolution of GIS's pending motion for a new trial and renewed motion for judgment as a matter of law (Doc. 502), the deadline to file bills of costs and motions for attorneys' fees shall be stayed until … 28 days after the appeal is fully resolved and a mandate is issued by the Ninth Circuit" (Dkt. 507);

3  WHEREAS, following GIS's appeal, the Ninth Circuit affirmed the entry of judgment on July 3, 2023 (Dkt. 527), and issued its mandate on July 25, 2023 (Dkt. 528);

4  WHEREAS, the parties' deadline the file bills of costs and motions for attorneys' fees is currently August 22, 2023; and

5  WHEREAS, the parties wish to have additional time before the filing of motions to explore a potential resolution of this matter;

6  THEREFORE, the parties hereby stipulate and respectfully request that the Court extend their deadline to file bills of costs and motions for attorneys' fees to **September 12, 2023**.

**IT IS SO STIPULATED.**

Dated: August 16, 2023                    Respectfully submitted,

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By:    *s/ Dylan Liddiard*

                                          *Attorneys for Plaintiff*


                                          GORDON & REES LLP

                                          By:    *s/ Aaron Rudin*
                                          (as authorized on August 16, 2023)

                                          *Attorneys for Defendants*

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 529), and for good cause shown, the Court hereby extends the deadline to file bills of costs and motions for attorneys' fees **to September 12, 2023**.

IT IS SO ORDERED.

Dated:   **August 17, 2023**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE