1  CALVIN E. DAVIS (SBN 101640)
   cdavis@gordonrees.com
2  AARON P. RUDIN (SBN 223004)
   arudin@gordonrees.com
3  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile: (213) 680-4470

6  Attorneys for Defendants,
   GUARDIAN PROTECTION PRODUCTS, INC. and
7  RPM WOOD FINISHES GROUP, INC.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | G.P.P., Inc., d/b/a GUARDIAN INNOVATIVE SOLUTIONS | CASE NO. 1:15-cv-00321 SKO |
|---|---|---|
| 12 | | **DEFENDANTS GUARDIAN PROTECTION PRODUCTS, INC. AND RPM WOOD FINISHES GROUP, INC.'S NOTICE OF MOTION FOR ATTORNEYS' FEES** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC. | |
| 16 | Defendants. | Date:    October 18, 2023<br>Time:    9:30 a.m.<br>Courtroom.: 7 |
| 17 | | |
| 18 | AND RELATED COUNTERCLAIM | |

19

20  **TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

21       **PLEASE TAKE NOTICE** that on October 18, 2023, at 9:30 a.m., or as soon thereafter
22  as the matter may be heard, Defendants Guardian Protection Products, Inc. ("Guardian") and
23  RPM Wood Finishes Group, Inc. ("RPM") (collectively "Defendants"), will, and hereby do,
24  move the United States District Court, Eastern District of California, located at 2500 Tulare
25  Street, Fresno, California, 93721, in Courtroom 7 (Sixth Floor), pursuant to Local Rule 293 and
26  Rule 54 of the Federal Rules of Civil Procedure its Motion for Attorneys' Fees on the grounds
27  that Defendant RPM is the prevailing parties as to all of Plaintiff G.P.P. Inc. d/b/a/ Guardian
28  Innovative Solutions' ("GIS's") claims herein and Guardian is a prevailing party as to its claims

-1-

based on the Ohio Warehousing Distributor Agreement ("WDA"), as Defendants achieved greater relief on the contracts. In particular, RPM obtained a complete victory as to all of GIS's claims against it and Guardian is the party that most achieved its litigation objectives as to the Ohio WDA and there is no prevailing party as to the remaining WDAs as between Guardian and GIS. Therefore, Defendants are entitled to recover their attorney's fees and costs incurred herein pursuant to the attorney's fees previsions set forth in the WDAs at issue in this action.

      This Motion is based on California Civil Code section 1717 and California Code of Civil Procedure sections 1021, as well as the Memorandum of Points and Authorities filed concurrently herewith, the papers, documents, pleadings and records on file herein, the Declarations of Calvin E. Davis and Ronnie Holman filed in support hereof, and any declarations and documents as may be filed subsequently herein, and upon any such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated: September 12, 2023        GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Calvin E. Davis*
     Calvin E. Davis
     Aaron P. Rudin
     Attorneys for Defendants,
     GUARDIAN PROTECTION
     PRODUCTS, INC. and RPM WOOD
     FINISHES GROUP, INC.