CALVIN E. DAVIS (SBN: 101640)
cdavis@gordonrees.com
AARON P. RUDIN (SBN: 223004)
arudin@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant and Counterclaimant Guardian Protection Products, Inc. and Defendant RPM Wood Finishes Group, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P.P., Inc., d/b/a GUARDIAN INNOVATIVE SOLUTIONS<br><br>Plaintiff,<br><br>vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 1:15-cv-00321 SKO<br><br>**DECLARATION OF RONNIE HOLMAN IN SUPPORT OF DEFENDANTS GUARDIAN PROTECTION PRODUCTS, INC. AND RPM WOOD FINISHES GROUP, INC.'S MOTION FOR ATTORNEYS' FEES**<br><br>Date: October 18, 2023<br>Time: 9:30 a.m.<br>Courtroom: 7<br>Judge: Hon. Sheila K. Oberto |

I, Ronnie Holman, declare as follows:

1. At all times relevant herein, I was the President of RPM Wood Finishes Group, Inc. ("RPM"). I was also previously the President of Guardian Protection Products, Inc. ("Guardian"). I am familiar with the facts and circumstances in the above-entitled matter as they relate to this declaration, and if called upon, I could and would competently testify thereto.

2. On or about February 27, 2015, Guardian was named as a defendant in the above-captioned action (the "Action") filed by plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS"). Guardian retained the law firm of Gordon & Rees LLP to represent it in connection with this Action and began incurring attorneys' fees beginning in March 2015 and continuing to the present.

3. RPM was named as a defendant in the above-captioned matter filed by GIS on July 29, 2016. RPM also retained Gordon & Rees LLP to represent it in the Action and agreed with Guardian to a 50/50 split of Gordon & Rees LLPs attorneys' fees incurred in connection with the Action from July 29, 2016 going forward.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 12, 2023, in Hickory, North Carolina.

*/s/ R. D. H.*

Ronnie Holman, Declarant

DECLARATION OF RONNIE HOLMAN IN SUPPORT OF DEFENDANTS'
MOTION FOR ATTORNEYS' FEES AND COSTS