# EXHIBIT 2

# EXHIBIT "2"

```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3                              --oOo--
 4   G.P.P., INC.,                  )  Case No. 1:15-cv-00321-SKO
                                    )
 5             Plaintiff,           )  Fresno, California
                                    )  Tuesday, June 20, 2017
 6      vs.                         )  8:26 A.M.
                                    )
 7   GUARDIAN PROTECTION PRODUCTS,  )  Jury Trial - Day 1.
     INC., et al.,                  )
 8                                  )
               Defendants.          )
 9   _____)

10                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE SHEILA K. OBERTO
11         UNITED STATES MAGISTRATE JUDGE, and a jury.

12   APPEARANCES:
     For Plaintiff:               JOHN P. FLYNN
13                                COLLEEN BAL
                                  Wilson Sonsini Goodrich & Rosati
14                                One Market Plaza
                                  Spear Tower, Suite 3300
15                                San Francisco, CA   94105
                                  (415) 947-2130
16
                                  CRAIG BOLTON, PHV
17                                JASON B. MOLLICK, PHV
                                  Wilson Sonsini Goodrich & Rosati
18                                1301 Avenue of the Americas,
                                  40th Floor
19                                New York, NY   10019
                                  (212) 497-7723
20
                                  DYLAN J. LIDDIARD
21                                Wilson Sonsini Goodrich & Rosati
                                  650 Page Mill Road
22                                Palo Alto, CA   94304
                                  (650) 565-3534
23
     For Defendants:              AARON P. RUDIN
24                                CALVIN E. DAVIS
                                  Gordon & Rees, LLP
25                                633 West Fifth Street, 52nd Flr.
                                  Los Angeles, CA   90071
                                  (213) 576-5000
```

1   Guardian's expectation, that's the word they use, that GIS
2   would obtain a 30-percent share in each of its exclusive
3   territories.
4       Now again, you'll hear deposition testimony from Mr.
5   Taylor and I think the testimony I'm about to describe is
6   memorable enough that you won't need me. As you'll hear in his
7   deposition testimony, Mr. Taylor, the author of this analysis
8   is strangely reluctant to admit that Guardian had a 30-percent
9   market share expectation, although that was precisely what he
10  wrote in this document.
11      Again, the evidence is going to show that Mr.
12  Taylor's reluctance to own his own words -- Guardian's
13  reluctance doesn't really matter. Ultimately Mr. Taylor admits
14  that a 30-percent market share is Guardian's sales strategy.
15  He admits it's Guardian's sales goal. He admits that Guardian
16  felt it was achievable in all markets and that it was
17  realistic. You'll hear him admit these things yourself.
18      And GIS provided these and other of Guardian's
19  internal analyses to an expert, Peter Wrobel, in order to
20  obtain his opinion regarding the amount GIS has been damaged by
21  Guardian's conduct. You'll hear Mr. Wrobel testify that he
22  calculated GIS's damages based on Guardian's own internal
23  business documents in the amount of $76 million.
24      Now in sum, on the screen there are two defendants in
25  this case. We've talked about Guardian at length. Its

Case 1:15-cv-00321-SKO   Document 534-5   Filed 09/12/23   Page 5 of 946
Case 1:15-cv-00321-SKO   Document 336-5   Filed 02/13/18   Page 4 of 6

1-134

1  affiliate, RPM Wood Finishes Group, Inc. is also a defendant in
2  this case.  Ronnie Holman, Guardian's president and Johnny
3  Green's boss will testify that even he doesn't know on whose
4  behalf he and Mr. Green are acting at any given point or ever.
5  To the extent they were acting on Guardian's behalf, the
6  evidence is going to show that Guardian breached its contracts
7  with GIS and the covenant of good faith and fair dealing
8  contained in those contracts.
9         To the extent they were acting on RPM's behalf, RPM
10 wrongfully interfered with GIS's rights under those same
11 contracts, and if even they can't tell the difference, if they
12 can't tell you whose behalf they were acting on, then both of
13 those defendants are responsible for the acts of their
14 employees.
15        Thank you very much for your attention this
16 afternoon.  Thank you for your commitment to serve.  My
17 partners and I look forward to presenting this evidence to you
18 in the days ahead.
19        THE COURT:  Thank you, Mr. Flynn.
20        Does the defense wish to present an opening
21 statement?
22        MR. DAVIS:  Yes, Your Honor.
23        THE COURT:  Thank you.  Please proceed, Mr. Davis.
24             DEFENDANTS' OPENING STATEMENT
25        MR. DAVIS:  Hello again, everyone.  So it may not

```
                                                              1-249
```

1   evening and I will see you back here at 8:15.
2        (Whereupon the trial in the above-entitled matter was
3   adjourned for the day at 5:08 p.m.)
4                              --oOo--
5                            CERTIFICATE
6        I certify that the foregoing is a correct transcript from
7   the electronic sound recording of the proceedings in the above-
8   entitled matter.
9        .
10  /s/ Jennifer Barris                Date:   June 23, 2017
11  Jennifer Barris, Transcriber
12  AAERT CET*668
13
14
15  /s/ Mary C. Clark                  Date:   June 23, 2017
16  Mary C. Clark, Transcriber
17  AAERT CERT*D-00214