# EXHIBIT 3

# EXHIBIT "3"

```
 1                 UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF CALIFORNIA
 3                          --o0o--
 4   G.P.P., INC.,                  )  Case No. 1:15-cv-00321-SKO
                                    )
 5              Plaintiff,          )  Fresno, California
                                    )  Wednesday, June 21, 2017
 6      vs.                         )  8:21 A.M.
                                    )
 7   GUARDIAN PROTECTION PRODUCTS,  )  Jury Trial - Day 2.
     INC., et al.,                  )
 8                                  )
                Defendants.         )
 9   _____)
10                  TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE SHEILA K. OBERTO
11         UNITED STATES MAGISTRATE JUDGE, and a jury.
12   APPEARANCES:
     For Plaintiff:              JOHN P. FLYNN
13                               COLLEEN BAL
                                 Wilson Sonsini Goodrich & Rosati
14                               One Market Plaza
                                 Spear Tower, Suite 3300
15                               San Francisco, CA   94105
                                 (415) 947-2130
16
                                 CRAIG BOLTON, PHV
17                               JASON B. MOLLICK, PHV
                                 Wilson Sonsini Goodrich & Rosati
18                               1301 Avenue of the Americas,
                                 40th Floor
19                               New York, NY   10019
                                 (212) 497-7723
20
                                 DYLAN J. LIDDIARD
21                               Wilson Sonsini Goodrich & Rosati
                                 650 Page Mill Road
22                               Palo Alto, CA   94304
                                 (650) 565-3534
23
     For Defendants:             AARON P. RUDIN
24                               CALVIN E. DAVIS
                                 Gordon & Rees, LLP
25                               633 West Fifth Street, 52nd Flr.
                                 Los Angeles, CA   90071
                                 (213) 576-5000
```

```
                                                                    2-135

 1              THE COURT:  Thank you very much.  And who do you wish
 2    to call as your next witness?
 3              MR. LIDDIARD:  For the next witness, we will be
 4    calling Darin Lease by videotaped deposition.
 5              THE COURT:  Thank you very much.
 6         (Video deposition of Darin Lease played from 3:10 p.m.
 7    until 3:27 p.m.)
 8              MR. LIDDIARD:  That concludes the videotaped
 9    testimony of Darin Lease.
10              THE COURT:  Thank you very much.
11              MR. LIDDIARD:  As our next witness, we would call
12    Ronnie Holman by videotaped deposition.
13              THE COURT:  Thank you.  Please proceed.
14         (Video deposition of Ronnie Holman played from 3:28 p.m.
15    until 4:14 p.m.)
16              MR. LIDDIARD:  That concludes the videotaped
17    testimony of Ronnie Holman.
18              THE COURT:  Thank you very much.  Are you prepared to
19    call your next witness for direct examination?
20              MR. LIDDIARD:  We are.
21              THE COURT:  Thank you very much.  Please call your
22    next witness.
23              MR. LIDDIARD:  The plaintiff would like to call Frank
24    Gibson.
25              THE COURT:  Thank you.  Mr. Gibson, if you can please
```

```
                                                           2-156

1        MR. LIDDIARD:  Thank you.
2        MS. BAL:  You too.
3     (Whereupon the trial in the above-entitled matter was
4   adjourned for the day at 4:59 p.m.)
5                        --oOo--
6                       CERTIFICATE
7     I certify that the foregoing is a correct transcript from
8   the electronic sound recording of the proceedings in the above-
9   entitled matter.
10
11  /s/ Mary C. Clark                  Date:  June 24, 2017
12  Mary C. Clark, Transcriber
13  AAERT CERT*D-00214
14
15
16  /s/ Jennifer Barris                Date:  June 24, 2017
17  Jennifer Barris, Transcriber
18  AAERT CET*668
19
20
21
22
23
24
25
```