# EXHIBIT 4

# EXHIBIT "4"

```
 1                   UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF CALIFORNIA
 3                            --o0o--
 4   G.P.P., INC.,                  ) Case No. 1:15-cv-00321-SKO
                                    )
 5              Plaintiff,          ) Fresno, California
                                    ) Thursday, June 22, 2017
 6       vs.                        ) 8:26 A.M.
                                    )
 7   GUARDIAN PROTECTION PRODUCTS,  ) Jury Trial - Day 3.
     INC., et al.,                  )
 8                                  )
                Defendants.         )
 9   _____)
10                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE SHEILA K. OBERTO
11         UNITED STATES MAGISTRATE JUDGE, and a jury
12   APPEARANCES:
     For Plaintiff:              JOHN P. FLYNN
13                               COLLEEN BAL
                                 Wilson Sonsini Goodrich & Rosati
14                               One Market Plaza
                                 Spear Tower, Suite 3300
15                               San Francisco, CA   94105
                                 (415) 947-2130
16
                                 CRAIG BOLTON, PHV
17                               JASON B. MOLLICK, PHV
                                 Wilson Sonsini Goodrich & Rosati
18                               1301 Avenue of the Americas,
                                 40th Floor
19                               New York, NY   10019
                                 (212) 497-7723
20
                                 DYLAN J. LIDDIARD
21                               Wilson Sonsini Goodrich & Rosati
                                 650 Page Mill Road
22                               Palo Alto, CA   94304
                                 (650) 565-3534
23
     For Defendants:             AARON P. RUDIN
24                               CALVIN E. DAVIS
                                 Gordon & Rees, LLP
25                               633 West Fifth Street, 52nd Flr.
                                 Los Angeles, CA   90071
                                 (213) 576-5000
```

```
                         Wrobel - Direct                    3-84

 1   A.   Yes, I have.
 2   Q.   And what are your opinions?
 3   A.   It's my opinion that the damages suffered by GIS as result
 4   of the actions by Guardian total $75,519,098.
 5   Q.   Mr. Wrobel, is there an error in your analysis?
 6   A.   Yes, there is.  The starting point, and -- and I think
 7   we'll discuss it a little bit later, for my analysis of lost
 8   profits was a spreadsheet prepared by Chris Taylor who is an
 9   executive of Guardian.  This was a spreadsheet that was
10   utilized to -- to calculate Guardian's -- or excuse me, GIS's
11   expected market share.
12        In that analysis, Mr. Taylor listed several different
13   territories.  However, Mr. Taylor excluded the territory of
14   Alabama and mistakenly included Kentucky instead of Tennessee.
15   I caught the first error with respect to Alabama and included
16   that in my analysis, but after my deposition I realized that
17   Kentucky should have been switched out with Tennessee and have
18   made that correction.
19   Q.   And if you switch out Tennessee for Kentucky or for --
20   Kentucky for Tennessee, what happens?
21   A.   Damages increase by about $1.49 million.  So the -- the
22   total damages are in fact about two percent higher, which would
23   be $76.9 million.
24   Q.   About two percent higher than what's reflected on the
25   screen right now?
```

```
                      Wrobel - Direct                    3-96
```

1  damage that's separate from the lost profits calculations. The
2  commissions have to do with the five percent being paid by
3  Guardian to GIS for Bob's Discount Furnitures being --
4  warranties being sold within GIS's exclusive territory. And
5  that total of lost commissions is $1,050,049.
6  Q.   And -- and how did you go about calculating the lost
7  commission damages?
8  A.   Well what I started with was I took a look at a Guardian
9  document. This -- this is document Guardian 9206 and this is a
10 summary of Guardian sales to Bob's Discount Furniture within
11 the exclusive GIS territories. For example, this number for
12 2015 is -- indicates that Guardian sold $1.424 million worth of
13 furniture protection plans in the GIS's exclusive territory for
14 2015. The next step would -- I created a schedule, and you can
15 see that 2015 the same number appears here, and projected that
16 going forward.
17     Now, the 2016 number was actually provided to me sometime
18 in June of 2016 so it was necessary to take that number and
19 adjust it for -- adjust it for the entire year of 2016. And
20 then I grew the additional sales by 7.6 percent up through
21 2024.
22     I then multiplied the gross sales subject to the
23 commission going through 2024 by the five percent commission
24 rate to calculate what the lost commissions would be. And
25 finally, I then also present valued it again to adjust it any

```
                              Wrobel - Cross                    3-97
```

1  of the future amounts to today's dollars and the total is
2  $1,050,049.
3       And the source of the growth rate going forward is also a
4  Guardian document.  This again is the Guardian Protection
5  Products marketing and sales plan for 2016, Guardian 2643 and
6  45, and you can see that this is Guardian talking about Bob's.
7  Guardian's largest direct retail account is Bob's Discount
8  Furniture which should account for $8.6 million in sales for
9  fiscal year '16, an estimated 7.6 percent increase from fiscal
10 year 2015.  And that's source of the growth rate going into the
11 future.
12 Q.  Okay, and if you add the lost commissions to the lost
13 profits, the total damages are $75 million or thereabouts; is
14 that correct?
15 A.  That is correct, $75.5 million before the adjustment for
16 Kentucky and Tennessee, and that number would increase to $76.9
17 million.
18           MR. LIDDIARD:  Thank you.  No further questions.
19           THE COURT:  Thank you.
20           Any cross-examination?
21           MR. RUDIN:  Yes, Your Honor.
22           THE COURT:  Thank you.  Please proceed.
23                       CROSS-EXAMINATION
24 BY MR. RUDIN:
25 Q.  Morning, Mr. Wrobel.

```
                                                              3-283

1                        CERTIFICATE
2         I certify that the foregoing is a correct transcript from
3    the electronic sound recording of the proceedings in the above-
4    entitled matter.
5
6    /s/ Elizabeth Reid-Grigsby            Date:  June 25, 2017
7    Elizabeth Reid-Grigsby, Transcriber
8    AAERT CET*D-00145
9
10
11   /s/ Tracy Gegenheimer                 Date:  June 25, 2017
12   Tracy Gegenheimer, Transcriber
13   AAERT CERT*D-282
14
15
16   /s/ Jennifer Barris                   Date:  June 25, 2017
17   Jennifer Barris, Transcriber
18   AAERT CET*668
19
20
21   /s/ Mary C. Clark                     Date:  June 25, 2017
22   Mary C. Clark, Transcriber
23   AAERT CERT*D-00214
24
25
```