# EXHIBIT 7

# EXHIBIT "7"

<u>G.P.P., Inc. d/b/a Guardian Innovative Solutions</u>

<u>v.</u>

<u>Guardian Protection Products</u>

<u>Case No.: 1:15-cv-00321-SKO</u>

# Ronnie Holman Clip Reports & Exhibits

## Defendants' Copy

Case Clip(s) Detailed Report
Monday, June 19, 2017, 11:20:43 PM

## GIS TD Master

### Holman, Ronnie (Vol. 01) - 05/12/2016      1 CLIP  (RUNNING 00:28:32.475)

🎬 June 19 designation

0619_RH0512_V5            40 SEGMENTS  (RUNNING 00:28:32.475)

1. PAGE 7:06 TO 7:07 (RUNNING 00:00:02.930)

           06      Q.   Good morning, Mr. Holman.
           07      A.   Good morning.

2. PAGE 8:12 TO 8:14 (RUNNING 00:00:04.259)

           12      Q.   Who's your current employer,
           13   Mr. Holman?
           14      A.   RPM Wood Finishes Group.

3. PAGE 9:06 TO 9:09 (RUNNING 00:00:06.736)

           06      Q.   And what is your current title at RPM?
           07      A.   Wood finishes -- president.
           08      Q.   President?
           09      A.   Yes.

4. PAGE 13:04 TO 13:12 (RUNNING 00:00:28.796)

           04      Q.   Okay.  And you mentioned that Johnny
           05   Green reports to you, correct?
           06      A.   That is correct.
           07      Q.   And is it your understanding that he's
           08   employed by Guardian?
           09      A.   I can tell you he gets a paycheck from
           10   the RPM Wood Finishes Group, but Guardian is its
           11   own legal entity, and he is 100 percent working for
           12   Guardian, so...

5. PAGE 15:24 TO 16:05 (RUNNING 00:00:21.871)

           24      Q.   And who within the Guardian company is
           25   above Mr. Green?
        00016:01      A.   Me.
           02      Q.   Well, you're in the RPM Wood Finishes
           03   Group, right?  And --
           04      A.   I'm also president of Guardian
           05   Protection Products.

6. PAGE 18:07 TO 18:09 (RUNNING 00:00:06.220)

           07      Q.   Does Guardian have regular board
           08   meetings?
           09      A.   No, sir.

7. PAGE 19:11 TO 19:13 (RUNNING 00:00:04.173)

           11      Q.   Have you ever attended a board meeting
           12   for Guardian?
           13      A.   No.

8. PAGE 19:17 TO 19:19 (RUNNING 00:00:08.681)

           17      Q.   Have you ever seen any minutes of board
           18   meetings related to Guardian?
           19      A.   No.

9. PAGE 25:19 TO 26:08 (RUNNING 00:00:32.723)

           19      Q.   In October of 2013 Guardian terminated

CONFIDENTIAL                                                                    page 1

Exhibit 7, Page 336

Case 1:15-cv-00321-SKO   Document 534-10   Filed 09/12/23   Page 5 of 7
Case 1:15-cv-00321-SKO   Document 336-8   Filed 02/13/18   Page 32 of 94

Case Clip(s) Detailed Report
Monday, June 19, 2017, 11:20:43 PM

## GIS TD Master

```
        20   three distribution agreements with GIS; is that
        21   correct?
        22       A.  I believe that to be correct.
        23       Q.  And those agreements were for the
        24   states of Alabama, Tennessee, and Florida; is that
        25   correct?
  00026:01      A.  Yes.
        02       Q.  And at the time of that decision to
        03   terminate those three GIS contracts, you were the
        04   president of Guardian; is that correct?
        05       A.  That is correct.
        06       Q.  Okay.  And you were also the president
        07   of RPM Wood Finishes Group?
        08       A.  Correct.
```

**10. PAGE 26:09 TO 26:17 (RUNNING 00:00:27.504)**

```
        09       Q.  Did Mr. Green seek your approval before
        10   sending out notice of breach letters to GIS with
        11   respect to the Alabama, Tennessee, and Florida
        12   distributor agreements?
        13       A.  He did.
        14       Q.  And were you the person that approved
        15   of Mr. Green sending out those termination -- or
        16   notice of breach letters?
        17       A.  Yes.
```

**11. PAGE 26:18 TO 26:22 (RUNNING 00:00:16.848)**

```
        18       Q.  And were you approving Mr. Green
        19   sending out the notice of breach letters to GIS in
        20   your capacity as the president of RPM Wood Finishes
        21   Group or in your capacity as the president of
        22   Guardian?
```

**12. PAGE 26:25 TO 27:07 (RUNNING 00:00:20.251)**

```
        25           THE WITNESS:  I'm the president of the
  00027:01   group.  Guardian reports through our group.  And so
        02   I guess it can be interpreted any way you want.
        03   BY MR. LIDDIARD:
        04       Q.  Well, when you were approving Mr. Green
        05   sending out the notice of breach letters, were you
        06   acting in your capacity as the president of RPM
        07   Wood Finishes Group?
```

**13. PAGE 27:13 TO 28:02 (RUNNING 00:00:30.229)**

```
        13           THE WITNESS:  I approved it.  I
        14   don't --
        15   BY MR. LIDDIARD:
        16       Q.  You don't know?
        17       A.  I'm -- I'm there as president of our
        18   group, and while Guardian is a legal entity,
        19   Morrells is a legal entity, I work for our group.
        20   I am legally president of those companies, so it
        21   can be interpreted any way you want.
        22       Q.  And your paychecks are cut by RPM Wood
        23   Finishes Group, correct?
        24       A.  As is everyone's.
        25       Q.  Okay.  You don't receive a separate
  00028:01   paycheck from Guardian?
        02       A.  I do not.
```

**14. PAGE 28:17 TO 29:05 (RUNNING 00:00:56.328)**

```
        17       Q.  And prior to you authorizing Mr. Green
        18   to send out notice of breach letters in 2013, had,
        19   to your knowledge, GIS ever not met monthly
```

Case Clip(s) Detailed Report
Monday, June 19, 2017, 11:21:14 PM

## GIS TD Master

### Holman, Ronnie (Vol. 02) - 10/06/2016 [Holman, Ronnie - 10/06/201...]   1 CLIP (RUNNING 00:01:25.693)

June 19 designation

0619_RH1006_V3        6 SEGMENTS (RUNNING 00:01:25.693)

**1. PAGE 5:07 TO 5:08 (RUNNING 00:00:01.510)**

```
07      Q.  Good morning, Mr. Holman.
08      A.  Good morning.
```

**2. PAGE 11:01 TO 11:08 (RUNNING 00:00:12.346)**

```
00011:01      Q.  Okay. Well, so let me ask you a
     02  question. You understand that you're here today
     03  testifying on behalf of RPM, correct?
     04      A.  I do.
     05      Q.  And you understand that you're also
     06  here today testifying on behalf of Guardian; is
     07  that correct?
     08      A.  I do. That is correct.
```

**3. PAGE 17:14 TO 17:17 (RUNNING 00:00:11.184)**

```
14      Q.  What's the current corporate
15  relationship between Guardian and RPM?
16      A.  They're sister companies, but no
17  corporate relationship.
```

**4. PAGE 20:19 TO 20:22 (RUNNING 00:00:08.141)**

```
19      Q.  And since you became president of RPM
20  approximately 13 years ago has Guardian held any
21  board meetings, to your knowledge?
22      A.  Not to my knowledge.
```

**5. PAGE 20:23 TO 21:13 (RUNNING 00:00:30.998)**

```
23      Q.  Has Guardian held any annual
24  shareholder meetings since you've been president
25  of RPM?
00021:01      A.  Not to my knowledge.
     02      Q.  Does RPM have a board of directors?
     03      A.  Wood Finishes Group has a board of
     04  directors, yes.
     05      Q.  And who currently sits on RPM's board
     06  of directors?
     07      A.  Myself, Wesley Harris -- it will be
     08  the same group.
     09      Q.  So the same group of individuals sits
     10  as -- on the board of directors currently at both
     11  Guardian and RPM; is that correct?
     12      A.  Yes, as well as a number of -- yes.
     13  Yes.
```

**6. PAGE 22:04 TO 22:14 (RUNNING 00:00:21.514)**

```
04      Q.  So for the last five years, RPM and
05  Guardian have had the same individuals on their
06  board of directors, correct?
07      A.  Last four to five years, yes.
08      Q.  And since you became president of RPM
09  approximately 13 years ago, has RPM held any board
10  meetings?
11      A.  No, sir.
```

Case Clip(s) Detailed Report
Monday, June 19, 2017, 11:21:14 PM

### GIS TD Master

```
12        Q.   Has RPM held any annual shareholder
13   meetings since you became president of RPM?
14        A.   No, sir.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:25.693)