# EXHIBIT 8

John P. Flynn (State Bar No. 141094)
Colleen Bal (State Bar No. 167637)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jflynn@wsgr.com; cbal@wsgr.com

Dylan J. Liddiard (State Bar No. 203055)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dliddiard@wsgr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.,<br><br>Defendants. | Case No. 1:15-cv-00321-SKO<br><br>**PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS"), by and through its undersigned counsel, hereby provides the following Second Supplemental Initial Disclosures. These disclosures are made without waiver of, or prejudice to, any objections that GIS may have regarding the subject matter of these disclosures or any documents or individuals identified herein.

PLAINTIFF'S SUPPLEMENTAL
INITIAL DISCLOSURES
CASE NO. 1:15-CV-00321-SKO

GIS makes these Initial Disclosures based upon its current knowledge, information, and belief concerning matters upon which disclosure is required. Such disclosure is based on information reasonably available to GIS as of the date hereof, which is not necessarily exhaustive of what may be determined as any supplemental discovery progresses. GIS reserves the right to further amend or supplement its disclosures pursuant to Federal Rule of Civil Procedure 26(e).

**1)     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Based upon information known to GIS as of this date, the following GIS employees are likely to have discoverable information that GIS may use to support its claims or defenses. Each individual identified below may be contacted only through GIS's counsel at Wilson Sonsini Goodrich & Rosati:

| Name (title) | Subject Matter |
| --- | --- |
| Charles R. Gibson, Sr. (GIS founder and co-owner) | The parties' general business relationship and practices; negotiation and execution of the various Agreements between the parties; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer. |
| Charles R. Gibson, Jr. (GIS co-owner) | The parties' general business relationship and practices; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |

| | |
|---|---|
| Frank Gibson<br>(GIS co-owner) | The parties' general business relationship and practices; negotiation and execution of the various Agreements between the parties; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |
| Debbie Gibson<br>(GIS co-owner) | The parties' general business relationship and practices; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |
| Chris Nolan<br>(GIS Executive Vice President) | The parties' general business relationship and practices; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |
| Kara Himich<br>(GIS Director of Operations) | The parties' general business relationship and practices; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |

Based upon information known to GIS as of this date, the following is a list of additional individuals likely to have discoverable information that GIS may use to support its claims or defenses:

| Name (title) | Subject Matter |
|---|---|
| Ken Nota (Specialty Products Holding Corp. current or former Special Counsel and CCO) | The parties' general business relationship and practices; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer. |
| Ronnie Holman (current or former RPM Wood Finishes Group President) | The parties' general business relationship and practices; negotiation and execution of the various Agreements between the parties; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |
| Johnny Green (Guardian Protection Products former Vice President & General Manager) | The parties' general business relationship and practices; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |
| Chris Taylor (Guardian Protection Products current or former Vice President of Sales) | The parties' general business relationship and practices; performance of the various Agreements and Assignments; the Bob's Discount Furniture Agreement and Guardian's breach thereof; termination of the Alabama, Florida, and Tennessee Agreements in 2013; Defendant's December 2014 "Distributorship Agreement" offer; Guardian's terminations of the Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, Florida (for the second time), Alabama (for the second time), and Tennessee (for the second time) Agreements in 2018 and 2019. |

| | |
|---|---|
| Darin Lease (Guardian Protection Products current or former programmer analyst) | Guardian's calculations and methodology for determining GIS's quota performance under the various Agreements. |

Other persons whose names appear in documents described in Section 2 below may also be likely to have discoverable information. GIS anticipates that additional witnesses may be located or identified during the course of supplemental discovery.

**2) DOCUMENTS GIS MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**

Based upon information known to GIS as of this date, at least the following categories of documents or tangible things in GIS's possession, custody, or control may be used to support its claims or defenses. These documents are located electronically or in hard copy at GIS's offices:

- Agreements involving the parties and/or distribution rights concerning Defendant's products.

- Communications, drafts, and other records regarding the negotiation, execution, performance, termination, and/or breach of the various Agreements and Assignment Agreements.

- Communications between GIS and Defendant.

- Sales and distribution records regarding GIS's distribution of Defendant's products.

- Marketing plans and promotional materials used in connection with GIS's distribution of Defendant's products.

- Records regarding payments and commissions owed by and between GIS and Defendant.

- Communications, drafts, and other records regarding Defendant's proposed new Distributorship Agreement.

- Financial data and sales activities of GIS and Defendant.

GIS's search for documents that it may use to support its claims or defenses is continuing. GIS reserves the right to amend and/or supplement the foregoing response with other categories of documents or tangible things which may be revealed during the course of supplemental discovery, or alternatively to produce other relevant documents.

3) **COMPUTATION OF DAMAGES**

GIS seeks to recover an award of compensatory damages arising from Guardian's breaches of contract and other violations of Guardian's legal duties as alleged in the Supplemental Complaint, in an amount according to proof (including but not limited to GIS's lost profits, GIS's lost commissions, amounts due under the Bob's Agreement, and restitutionary disgorgement of Guardian's profits in the exclusive territories that were covered by the agreements wrongfully terminated by Guardian). GIS also seeks pre-judgment interest on its damages in an amount to be determined at trial, costs of suit (including but not limited to GIS's attorneys' and experts' fees), and any other relief as the Court deems just and proper. GIS also seeks a declaration that the Florida, Alabama, Tennessee, Mid-Atlantic, Cook County, Indiana, Midwest, Pennsylvania, and Bob's Agreements were not properly terminated.

GIS calculates its lost profits for Guardian's wrongful termination of the Florida, Alabama, Tennessee, Mid-Atlantic, Cook County, Indiana, Midwest, and Pennsylvania Agreements in the amount of $56,439,894, less $2,291,806 in avoided costs, for net lost profits of $54,148,088. GIS calculates its lost commissions for Guardian's breach of the Bob's Agreement in the amount of $933,275. The methodology for these calculations is set forth in the Supplemental Expert Report of Peter D. Wrobel dated and served January 5, 2021. GIS's restitutionary damages are in the amount of Guardian's post-termination revenues minus costs in each exclusive territory.

GIS reserves its right to amend and/or supplement the foregoing response and to seek such other relief as is deemed appropriate.

4) **INSURANCE AGREEMENTS**

GIS is not presently aware of any insurance agreement applicable to this litigation.

| | |
|---|---|
| Dated: January 5, 2021 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>*s/ Dylan J. Liddiard*<br>Dylan J. Liddiard (State Bar No. 203055)<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dliddiard@wsgr.com<br><br>John P. Flynn (State Bar No. 141094)<br>Colleen Bal (State Bar No. 167637)<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: jflynn@wsgr.com; cbal@wsgr.com<br><br>*Attorneys for Plaintiff* |

PLAINTIFF'S SUPPLEMENTAL
INITIAL DISCLOSURES
CASE NO. 1:15-CV-00321-SKO

-7-