# EXHIBIT

# 9

```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                HON. SHEILA K. OBERTO, MAGISTRATE JUDGE


G.P.P., INC. d/b/a GUARDIAN   )
INNOVATIVE SOLUTIONS,         )
                              )
                  Plaintiff,  )   No. 15-CV-321-SKO
                              )
vs.                           )      JURY TRIAL
                              )        DAY 1
GUARDIAN PROTECTION PRODUCTS, )   (Pages 1-240)
INC. and RPM WOOD FINISHES    )
GROUP, INC.,                  )
                              )
                  Defendants. )
_____)

Fresno, California                Monday, December 6, 2021

             REPORTER'S TRANSCRIPT OF PROCEEDINGS
```

**APPEARANCES OF COUNSEL**:

For the Plaintiff:          WILSON SONSINI GOODRICH & ROSATI
                            BY:  **COLLEEN BAL**
                            **JOHN FLYNN       DYLAN LIDDIARD**
                            **JASON MOLLICK   JOSH BASKIN**
                            **BRIAN LEVY**
                            One Market Plaza
                            Spear Tower, Suite 3300
                            San Francisco, CA 94105


For the Defendants:         Gordon & Rees LLP
                            BY:  **CALVIN DAVIS**
                            and **AARON RUDIN**
                            633 West Fifth Street, 52nd Floor
                            Los Angeles, CA 90071


REPORTED BY:   KAREN HOOVEN, RMR, CRR, Official Court Reporter

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

1          model, approximately one third of the potential US
2          retail furniture protection plan market."
3          So in Guardian's own marketing and sales analysis, it
4   describes its strategy to achieve and maintain a market share
5   of 30 percent in all markets and its progress in making that a
6   reality.
7          As this evidence makes clear, Guardian saw the
8   potential in the new electronic warranties and Guardian
9   concluded that GIS would capture 30 percent market share.
10  When Guardian tries to tell you that 30 percent market share
11  is unrealistic, don't believe it.  30 percent was Guardian's
12  own assessment.  Guardian's own assessment of its business.
13  One it made behind closed doors as it was wrongfully
14  terminating GIS' contracts because it wanted that business for
15  itself.
16         Now GIS' damages expert Peter Wrobel calculated the
17  damages suffered by GIS using Guardian's own 30 percent market
18  share expectation.  He performed what's known as a lost
19  profits analysis to determine the profits that GIS would have
20  made if Guardian had not wrongfully terminated the contracts.
21  And he concluded that GIS had suffered 55 million dollars in
22  damages.
23         I'll conclude now by addressing an issue that
24  Guardian will try to convince you is an excuse for its
25  wrongful termination of the business GIS spent more than 25