# EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. SHEILA K. OBERTO, MAGISTRATE JUDGE

```
G.P.P., INC. d/b/a GUARDIAN    )
INNOVATIVE SOLUTIONS,          )
                               )
              Plaintiff,       )   No. 15-CV-321-SKO
                               )
vs.                            )   JURY TRIAL
                               )      DAY 5
GUARDIAN PROTECTION PRODUCTS,) (Pages 834-934)
INC. and RPM WOOD FINISHES     )
GROUP, INC.,                   )
                               )
              Defendants.      )
_____)
```

Fresno, California                    Friday, December 9, 2021

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES OF COUNSEL**:

For the Plaintiff:           WILSON SONSINI GOODRICH & ROSATI
                             BY: **COLLEEN BAL**
                             **JOHN FLYNN**        **DYLAN LIDDIARD**
                             **JASON MOLLICK**    **JOSH BASKIN**
                             **BRIAN LEVY**
                             One Market Plaza
                             Spear Tower, Suite 3300
                             San Francisco, CA 94105


For the Defendants:          Gordon & Rees LLP
                             BY: **CALVIN DAVIS**
                             and **AARON RUDIN**
                             633 West Fifth Street, 52nd Floor
                             Los Angeles, CA 90071


REPORTED BY:  KAREN HOOVEN, RMR, CRR, Official Court Reporter

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

1   must have specifically bargained that the failure to satisfy
2   the non-compete relieved Guardian of its obligation to perform
3   under the contracts.
4           We know that was not the agreement here.  The parties
5   did not agree that Guardian could terminate if GIS breached
6   the non-compete.  Therefore, the obligations were not
7   dependent.  You all know very well by now what the agreement
8   was.  The agreement was that Guardian could only terminate if
9   it gave GIS formal written notice and an opportunity to cure.
10  That never happened.  The evidence shows that never happened.
11  Guardian has never been entitled to terminate GIS' contracts
12  based on the dreamGUARD sales.
13          Let me turn now to address damages.  We know Guardian
14  breached GIS' contracts and stole that business for itself.
15  We know that.  That business was enormously valuable.  It was
16  worth 52 million dollars.  That calculation is based on
17  Guardian's own business plans and marketing projections.  And
18  Guardian is running away from its own documents and analysis
19  now.  But behind closed doors, before the litigation, that is
20  what Guardian itself calculated.  That was Guardian's
21  expectation.  In fact, the same people who developed
22  Guardian's market analysis also drove the scheme to take away
23  GIS' contracts.  They knew how valuable GIS' business was.
24          Guardian admitted that electronic warranties were
25  more valuable and profitable than the former paper warranties.

1   improve substantially as GIS worked tirelessly to transition
2   Guardian's business to electronic warranty backed by AIG.  GIS
3   did all that work.  Guardian's scheme, that unlawful scheme
4   deprived GIS of its opportunity to share in the fruits of its
5   own hard work, an opportunity it was entitled to share in and
6   had worked for decades to earn.  Guardian's suggestion that
7   the business had took from GIS is worth no more than, you
8   know, 2.5 million is no more credible than its bald face
9   assertion that it was making an honest mistake when it engaged
10  in this scheme.
11          It has always been Guardian's plan that if it
12  couldn't force GIS to give up its contract rights and if it's
13  weak, if its position proved weak and it ultimately failed.
14  Position would be that per-territory quotas are not a thing.
15  Which both of those things happen then.  It couldn't force GIS
16  to give up its contract rights.  Guardian's position was weak.
17  Guardian's plan in advance was that Guardian was intent on
18  making GIS' contracts -- you remember this -- almost
19  worthless.
20          People steal for a reason.  Guardian's reason was
21  greed.  Corporate greed.  We're asking you to make it right.
22  To do justice and to award GIS damages in the amount of 53
23  million dollars.  Thank you so much for your time and
24  attention.  Thank you so much for being here on behalf of GIS
25  and my colleagues and myself.