CALVIN E. DAVIS (SBN 101640)
cdavis@gordonrees.com
AARON P. RUDIN (SBN 223004)
arudin@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants,
GUARDIAN PROTECTION PRODUCTS, INC. and
RPM WOOD FINISHES GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P.P., Inc., d/b/a GUARDIAN INNOVATIVE SOLUTIONS<br><br>Plaintiff,<br><br>vs.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 1:15-cv-00321 SKO<br><br>**DEFENDANTS' NOTICE OF APPLICATION FOR RECONSIDERATION OF ORDER RE CROSS MOTIONS FOR ATTORNEYS' FEES [DOC. 545]**<br><br>Date:     December 19, 2023<br>Time:    9:30 a.m.<br>Courtroom.: 7 |

**TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 19, 2023, at 9:30 a.m., or as soon thereafter as the matter may be heard, Defendants Guardian Protection Products, Inc. ("Guardian") and RPM Wood Finishes Group, Inc. ("RPM") ("Defendants"), will, and hereby do, move the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, California, 93721, in Courtroom 7 (Sixth Floor), pursuant to Local Rule 230(j) and Rule 60(b) of the Federal Rules of Civil Procedure for reconsideration of the Court's November 15, 2023 Order Re Cross Motions for Attorney's Fees [Doc. 545] on the grounds that the Court committed clear error of law, by failing to separate the Defendants in determining that

-1-

plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS") is the prevailing party entitled to recover its fees, by refusing to consider GIS's second appeal in comparing the relief GIS sought versus the relief it was awarded on the contract claims, and by awarding GIS all its fees.

This Motion is based on Local Rule 230(j) and Rule 60(b) of the Federal Rules of Civil Procedure as well as the binding California case authority set forth in *Brown Bark III, L.P. v. Haver*, 219 Cal. App. 4th 809, 825-826 (2013) (stating where, as here, "a plaintiff sues more than one independent party on the same contracts, the trial court must separately determine who prevailed on the plaintiff's claim against each independent defendant."), as well as the Memorandum of Points and Authorities filed concurrently herewith, the papers, documents, pleadings and records on file herein, and documents as may be filed subsequently herein, and upon any such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated: November 20, 2023           GORDON REES SCULLY MANSUKHANI, LLP

                                          By:   */s/ Aaron P. Rudin*
                                                   Calvin E. Davis
                                                   Aaron P. Rudin
                                                 Attorneys for Defendants,
                                                 GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1104957/83660908v.1