DYLAN J. LIDDIARD, State Bar No. 203055
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

STUART A. WILLIAMS (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
375 Southpointe Boulevard
Canonsburg, Pennsylvania 15317
Telephone: (917) 288-5094
Facsimile: (866) 974-7329
Email:  swilliams@wsgr.com

JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email:  jflynn@wsgr.com
        cbal@wsgr.com
        dsavage@wsgr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00321-SKO<br><br>**GIS'S MOTION FOR ATTORNEYS' FEES**<br><br>Courtroom: 7 (Sixth Floor)<br>Judge: Hon. Sheila K. Oberto<br>Date: January 24, 2024<br>Time: 9:30 a.m. |

PLEASE TAKE NOTICE that on January 24, 2024, or as soon thereafter as the matter may be heard, Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS") will and hereby does move the United States District Court, Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, California, 93721, in Courtroom 7 (Sixth Floor), for a supplemental award of attorneys' fees incurred in connection with Defendants' Motion for Reconsideration (Dkt. 546) in the amount of $7,987.50 pursuant to the Court's November 15, 2023 Order (Dkt. 545), the prevailing-party provision in the parties' Warehousing Distributor Agreements, Rule 54(d)(2) of the Federal Rules of Civil Procedure, Local Rule 293, and Section 1717 of the California Civil Code.  The grounds supporting this motion are set forth in the accompanying Memorandum of Law, the Declaration of Dylan G. Savage, and the Exhibit attached thereto.

Dated: December 26, 2023        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     s/ *Dylan J. Liddiard*

Dylan J. Liddiard
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

*Attorneys for Plaintiff*