| | | |
|---|---|---|
| 1 | DYLAN J. LIDDIARD, State Bar No. 203055 | STUART A. WILLIAMS (*pro hac vice*) |
| | WILSON SONSINI GOODRICH & ROSATI | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation | Professional Corporation |
| | 650 Page Mill Road | 375 Southpointe Boulevard |
| 3 | Palo Alto, California 94304 | Canonsburg, Pennsylvania 15317 |
| 4 | Telephone: (650) 493-9300 | Telephone: (917) 288-5094 |
| | Facsimile: (866) 974-7329 | Facsimile: (866) 974-7329 |
| 5 | Email: dliddiard@wsgr.com | Email: swilliams@wsgr.com |

JOHN P. FLYNN, State Bar No. 141094
COLLEEN BAL, State Bar No. 167637
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email:  jflynn@wsgr.com
           cbal@wsgr.com
           dsavage@wsgr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS, | Case No. 1:15-cv-00321-SKO |
| Plaintiff, | **MEMORANDUM OF LAW IN SUPPORT OF GIS'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC., | Courtroom: 7 (Sixth Floor) Judge: Hon. Sheila K. Oberto Date: January 24, 2024 Time: 9:30 am |
| Defendants. | |

MEMO. OF LAW ISO GIS'S MOTION FOR
ATTORNEYS' FEES
CASE NO. 1:15-CV-00321-SKO

Pursuant to the Court's November 15, 2023 Order (Dkt. 545), the prevailing-party provision in the Warehousing Distributor Agreements, Rule 54(d)(2) of the Federal Rules of Civil Procedure, Local Rule 293, and Section 1717 of the California Civil Code, Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS") respectfully requests a further award of attorneys' fees incurred in connection with Defendants' Motion for Reconsideration (Dkt. 546) in the amount of $7,987.50.

On November 15, 2023, the Court entered an Order granting GIS's motion for attorneys' fees against Defendant Guardian Protection Products, Inc. ("Guardian"), and denying Guardian and Defendant RPM Wood Finishes Group, Inc.'s ("RPM," and together with Guardian, "Defendants") motion for attorneys' fees against GIS. Dkt. 545. Defendants jointly moved for reconsideration of the Court's Order on November 20, 2023. The Court denied reconsideration in its entirety on December 11, 2023. Dkt. 553. GIS thus supplements its prior motion for attorneys' fees to request an additional $7,987.50 in fees incurred in successfully opposing Defendants' motion for reconsideration. GIS incorporates the authorities and arguments from its prior papers in support of this request. *See* Dkts. 532, 540, 542.

Dated: December 26, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   s/ *Dylan J. Liddiard*

Dylan J. Liddiard
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: dliddiard@wsgr.com

*Attorneys for Plaintiff*