UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>        Plaintiff,<br><br>    v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC. and RPM WOOD FINISHES GROUP, INC.,<br><br>        Defendants. | Case No. 1:15-cv-00321-SKO<br><br>**DECLARATION OF DYLAN G. SAVAGE IN SUPPORT OF GIS'S MOTION FOR ATTORNEYS' FEES**<br><br>Courtroom: 7 (Sixth Floor)<br>Judge: Hon. Sheila K. Oberto<br>Date: January 24, 2024<br>Time: 9:30 a.m. |

I, Dylan G. Savage, declare as follows:

1. I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), counsel for Plaintiff G.P.P., Inc. d/b/a Guardian Innovative Solutions ("GIS") in this action. I respectfully submit this declaration in support of GIS's accompanying Motion for Attorneys' Fees. I have personal knowledge about the facts described below and, if called as a witness, could and would testify to them.

2. Attached hereto as Exhibit A is an invoice that documents WSGR's legal fees incurred in connection with GIS's Opposition to Defendants' Motion for Reconsideration ("Opposition"). The invoice contains charges for work directly related to the Opposition, including legal research, review, and drafting of GIS's papers. The invoice also contains information concerning charges for which WSGR is voluntarily not seeking fees. That information has been redacted in black from Exhibit A.

3. WSGR is seeking compensation for hours incurred based on its understanding of local Fresno rates. GIS seeks compensation for my work at the rate of $375/hour, based upon my 12 years of experience and title of Partner. This is the same rate at which the Court previously granted fees for my work in this matter.

4.   The chart below reflects work that was billed in connection with GIS's Opposition and for which GIS seeks to recover fees. As noted, the rates reflect a reduction to bring the rates in line with the local market.

| Attorney | Position | Rate/Hour | Hours | Fees |
|---|---|---|---|---|
| Dylan G. Savage | Partner | $375 | 21.3 | $7,987.50 |
| **TOTAL** | | | **21.3** | **$7,987.50** |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on December 26, 2023, in San Francisco, California.

By: s/ *Dylan G. Savage*
Dylan G. Savage