# Exhibit A

# WILSON
# SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: ▮▮▮▮▮▮

Guardian Innovative Solutions
Attn:  Frank Gibson, Board Member
1330 Wall Ave
Pitcairn, PA 15140

**Invoice #**       :  **2719257**
**Invoice Total**   :  ▮▮▮▮▮▮
Invoice Date      :  11/30/23
Client-Matter     :  47780-500
Attorney          :  Stuart A. Williams

Guardian Innovative Solutions
Re: Contract Dispute with Guardian Protection Products



| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| | *Services performed by Dylan G. Savage* | |
| 11/21/23 | Review motion for reconsideration and research and draft summary of responses to arguments; correspond with internal WSGR team regarding same | 4.2 |
| 11/22/23 | Research and draft opposition to motion for reconsideration | 1.5 |
| 11/27/23 | Research and draft opposition to motion for reconsideration | 6.3 |
| 11/28/23 | Research and draft opposition to motion for reconsideration | 4.7 |
| 11/29/23 | Research and draft opposition to motion for reconsideration | 4.6 |
| | *Subtotal for Dylan G. Savage* | **21.3** |
| | **TOTAL HOURS** | 21.3 |