# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>GUARDIAN PROTECTION PRODUCTS, INC., RPM WOOD FINISHES GROUP, INC.,<br><br>    Defendants.<br>_____/<br><br>GUARDIAN PROTECTION PRODUCTS, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>G.P.P., INC. d/b/a GUARDIAN INNOVATIVE SOLUTIONS,<br><br>    Counter-defendant.<br>_____/ | Case No. 1:15-cv-00321-SKO<br><br>**ORDER FOLLOWING REMAND**<br><br>**(Docs. 570 & 571)** |

1    Following the United States Court of Appeals for the Ninth Circuit's Mandate (Doc. 571) and Opinion (Doc. 570) reversing in part the Court's "Order Re Cross Motions for Attorney's Fees" (Doc. 545) and remanding to the district court to "reevaluate the prevailing party with respect to [the abandoned] claims and to determine what effect, if any, that analysis has on the overall prevailing party determination—and resulting entitlement to fees—as between GIS and RPM," the Court hereby SETS a telephonic conference for **February 26, 2025, at 2:00 P.M. (dial-in: 669-254-5252; Meeting ID 160 801 1115; passcode 449390).**

The parties shall be prepared to discuss a briefing schedule for the remanded issues and the setting of a Settlement Conference or other dispute resolution process in order to resolve the parties' pending disputes.

IT IS SO ORDERED.

Dated:    **February 14, 2025**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

2